| | |
|---|---|
| 1 | Julia Campins – CA State Bar No. 238023 |
| | Hillary Benham-Baker – CA State Bar No. 265019 |
| 2 | CAMPINS BENHAM-BAKER |
| | 935 Moraga Road, Suite 200 |
| 3 | Lafayette, CA 94549 |
| | Tel. (415) 373-5333 |
| 4 | Fax (415) 373-5334 |
| | julia@campinsbenhambaker.com |
| 5 | hillary@campinsbenhambaker.com |
| 6 | Stephen A. Teller (WSBA #23372)* |
| | Beth Touschner (WSBA #41062)* |
| 7 | TELLER & ASSOCIATES, PLLC |
| | 1139 34th Avenue, Suite B |
| 8 | Seattle, WA 98122 |
| | Tel: (206) 324-8969 |
| 9 | Fax: (206) 860-3172 |
| | steve@stellerlaw.com |
| 10 | beth@stellerlaw.com |
| 11 | *Admitted Pro Hac Vice |
| 12 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MANILOFF, DERRICK CLARKSON, MICHAEL TWOHIG, KIVEON ANDERSON, MICHAEL ROE, DAVID ROE, NATHAN MANILOFF, and DOES 1-50,<br><br>    Plaintiffs,<br>vs.<br><br>PRIDE INDUSTRIES AND KEVIN CARTWRIGHT,<br>    Defendants. | **CASE NO.: 2:19−CV−00010−WBS−EFB**<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

1. IT IS HEREBY STIPULATED, by and between Plaintiffs DARREN MANILOFF, DERRICK CLARKSON, MICHAEL TWOHIG, KIVEON ANDERSON, MICHAEL ROE, DAVID ROE, and NATHAN MANILOFF and Defendants PRIDE INDUSTRIES and KEVIN CARTWRIGHT, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 160.  Each Party shall bear her or its own attorneys' fees and costs.

2. The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

3. The Parties seek the Court's approval of the dismissal of the action with prejudice.

IT IS SO STIPULATED.

| | |
|---|---|
| CAMPINS BENHAM-BAKER | TELLER & ASSOCIATES, PLLC |
| By: */s/ Hillary Benham-Baker*<br>HILLARY BENHAM-BAKER, Bar No. 265019<br>CAMPINS BENHAM-BAKER<br>935 Moraga Rd., Suite 200<br>Lafayette, CA 94549<br>Ph: (415) 373-5333<br>Fax: (415) 373-5334<br><br>Attorneys for Plaintiffs | By: [signature: Beth T...]<br>STEPHEN A. TELLER, *admitted pro hac vice*<br>BETH TOUSCHNER, *admitted pro hac vice*<br>TELLER & ASSOCIATES, PLLC<br>1139 34th Ave., Suite B<br>Seattle, WA 98122<br>Ph: (206) 324-8969<br>Fax: (206) 860-3172<br><br>Attorneys for Plaintiffs |
| LITTLER MENDELSON, P.C. | PORTER SCOTT |
| By: */s/ Richard R. Gray* (as authorized on 11/14/19)<br>RICHARD R. GRAY, Bar No. 071030<br>LITTLER MENDELSON, P.C.<br>500 Capitol Mall, Suite 2000<br>Sacramento, CA 95814<br>Ph: (916) 830-7200<br>Fax: (916) 561-0828<br><br>Attorneys for Defendant Pride Industries | By: */s/ Barakah M. Amaral* (as authorized on 11/14/19)<br>DEREK J. HAYNES, Bar No. 264621<br>BARAKAH M. AMARAL, Bar No. 298726<br>PORTER SCOTT<br>350 University Ave., Suite 200<br>Sacramento, CA 95825<br>Ph: (916) 929-1481<br>Fax: (916) 927-3706<br><br>Attorneys for Defendant Kevin Cartwright |

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. **2:19−CV−00010−WBS−EFB**, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: November 14, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE